**No. 62069.**—Roberts, Reilly & Sons *v.* United States, protest 316077–K (New York).

Opinion by Oliver, C. J. Since the protest was not filed within the time required by section 514, Tariff Act of 1930, it was dismissed as untimely.

**No. 62070.**—Georg Jensen, Inc. *v.* United States, protest 314098–K (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of laminated chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiff was sustained.

**No. 62071.**—Georg Jensen, Inc. *v.* United States, protest 58/3030 (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of laminated chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiff was sustained.

**No. 62072.**—Bonniers, Inc. *v.* United States, protest 238083–K (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of furniture similar in all material respects to that the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiff was sustained.

**No. 62073.**—Joseph Ebrahimoff et al. *v.* United States, protests 124538–K, etc. (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiffs was sustained.

**No. 62074.**—W. J. Byrnes & Co. of N. Y., Inc. *v.* United States, protest 314321–K (A) (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of goatskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiff was sustained.

**No. 62075.**—Overseas Leather Importing Co. and H. A. Gogarty, Inc. *v.* United States, protests 318894–K and 324918–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of góatskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiffs was sustained.

**No. 62076.**—Felix Lorenzoni *v.* United States, protests 262564–K, etc. (Philadelphia).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of marble slabs similar in all material respects to those the subject of *United States* v. *General Shipping & Trading Co. et al.* (44 C. C. P. A. 168, C. A. D. 656), the merchandise was held dutiable as follows: (1) The items marked "A" at 7 cents per superficial foot under paragraph 232 (b), as modified, *supra*; (2) the items marked "B" at 8 cents per superficial foot under said modified paragraph; and (3) the item marked "C" at 9½ cents per superficial foot under said modified paragraph.

**No. 62077.**—Allied French Furs, Inc., and William H. Emig et al. *v.* United States, protests 148253–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of kidskins the same in all material respects as those the subject of *Joseph Rotberg & Co., Inc., et al.* v. *United States* (40 Cust. Ct. 22, C. D. 1952), the claim for free entry under paragraph 1681 was sustained.

**No. 62078.**—W. J. Byrnes & Co. of N. Y., Inc., and The Manves Co. et al. *v.* United States, protests 148993–K, etc. (New York).